UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 10-40566 |
| | ) | Chapter 7 |
| BRIAN JOSEPH JENSEN | ) | |
| fdba Jensen Trucking | ) | |
| SSN/ITIN xxx-xx-5459 | ) | |
| | ) | NOTICE OF APPEARANCE |
| CAMILLE FAYE JENSEN | ) | OF CORTRUST BANK, N.A. |
| fka Camille Ryken | ) | |
| SSN/ITIN xxx-xx-7136 | ) | |
| | ) | |
| Debtors. | ) | |

   PLEASE TAKE NOTICE that, pursuant to Bankruptcy Code Section 1109(b) and Bankruptcy Rule 9010, Davenport, Evans, Hurwitz & Smith, L.L.P., hereby appears in the above-captioned case on behalf of CorTrust Bank, N.A., and requests, pursuant to Bankruptcy Rules 2002 and 3017(a), that notice of all matters arising in this case be duly served upon:

   Keith A. Gauer
   Davenport, Evans, Hurwitz & Smith, L.L.P.
   206 West 14th Street
   P O Box 1030
   Sioux Falls, SD  57101-1030
   Telephone:  (605) 336-2880
   Facsimile:  (605) 335-3639
   E-mail:  kgauer@dehs.com

   PLEASE TAKE FURTHER NOTICE that the foregoing request encompasses, but is not limited to, all notices, copies, documents and pleadings referred to in the above-cited rules and sections, as well as in Bankruptcy Rules of Procedure 4001 and 9007, and includes, but is not limited to, all orders, reports, pleadings, motions, applications, petitions, complaints, notices, demands, operating statements, plans, disclosure statements, answers and reply papers pertaining to the above-captioned case.

   Dated at Sioux Falls, South Dakota, this 14th day of July, 2010.

   DAVENPORT, EVANS, HURWITZ &
   SMITH, L.L.P.


   /s/ Keith A. Gauer
   Keith A. Gauer
   206 West 14th Street
   P.O. Box 1030
   Sioux Falls, SD 57101-1030
   (605)336-2880
      Attorneys for CorTrust Bank, N.A.

CERTIFICATE OF SERVICE

       Keith A. Gauer, one of the attorneys for CorTrust Bank, N.A., hereby certifies that a true and correct copy of the "Notice of Appearance of CorTrust Bank, N.A." was electronically transmitted, mailed, hand delivered, or faxed upon:

    Brian Joseph Jensen
    105 Charish Street
    Tea, SD 57064

    Camille Faye Jensen
    105 Charish Street
    Tea, SD 57064

this 14th day of July, 2010.

                                                                         /s/ Keith A. Gauer